Albert Raines

vs

Comm of Massachusetts

Superior Court Indictment
04-10100-001-002

2005 MAR -7 P 4:26

U.S. DISTRICT COURT
DISTRICT OF MASS

Motion to proceed Pro-se
Forma Pauperis  05-1055

Comes Now, the defendant in the above captioned case, and he petitions this Honorable Court for leave to proceed pro-se without the aid of Counsel.

In Addition this petitioner avers that he is without funds and therefore petitions this Honorable Court to allow him to proceed without pre-payment of Fees. Petitioner request that all fees in relation to this petition be waived.

In Conjecture this Petitioner has filed a Statement of Indigency and swears by penalty of law.

Respectfully Submitted
Albert Raines #0406578

200 Nashua Street

Albert Raines #0406578
200 Nashua Street
Boston, Mass 02114

United States District Court.

Albert Raines

vs

Comm of Massachusetts

Superior Court Indictment
# 04-10100-001 002

Statement of Indigency

I, Albert Raines, Petitioner, do swear by the pains and penalty of law, that I am the petitioner in the above captioned case; that I am indigent, that I have no money in Banks including no checking accounts or savings accounts, that I have not received any inheritance, of property, jewelry or other things of monetary value within the last 6 months, That I have no automobile nor receive any Gift of value to exceed $100.00 in the past 6 months. In conduction to this statement, I Albert Raines, petitioner has caused a true and correct copy of my Institutional canteen account to be attached hereto. This canteen account represents all transactions in the last 6 months of my prison account.

Respectfully Submitted
Albert Raines #0400578

200 Nashua St.
Boston, MA. 02114