UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT RAINES,                      )
                                    )
          Petitioner,               )
                                    )
     v.                             )     C.A. No. 05-10592-EFH
                                    )
COMMONWEALTH OF MASSACHUSETTS,      )
                                    )
          Respondent.               )

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

     On March 7, 2005, petitioner Albert Raines, currently in custody at the Suffolk County Sheriff's Department Jail, filed a petition for habeas relief under 28 U.S.C. § 2254 and a motion to proceed without prepayment of the $5.00 filing fee.  The motion indicates that on February 23, 2005, Raines had $202.78 in his jail account.  Between September 3, 2005 and February 23, 2005, Raines earned $140.00 performing various tasks at the jail.

     Based on this information, Raines has failed to make a showing that he is unable to pay the $5.00 filing fee, and the Court therefore denies the motion to proceed in forma pauperis. If the Court does not receive payment for the filing fee within forty-two (42) days of the date of this order, the petition will be dismissed without prejudice for failure to pay the filing fee.


SO ORDERED.

 4-11-05                           /s/ Edward F. Harrington
DATE                              UNITED STATES DISTRICT JUDGE