Albert Raines

vs

Comm of Massachusetts

FILED
CLERKS OFFICE
2005 APR -8
Docket #05 CV 10592 EFH
Judge Harrington's Court of Clerk
DISTRICT COURT
MASS

Certificate of Service

Comes Now the defendant, Albert Raines, in the above entitled case, and swears by the pains and penalty's of law that a true and correct copy of the pleadings in the above entitled case was mailed, Return Receipt, Certified mail to the district attorneys office, 1 Bullfinch Pl Boston, Ma. March 3rd 2005 And further a true and correct copy was sent by fax 3-10-05 % Joseph DuKoff copies included and attached

Wherefore please, at the time process my motion including soliciting a response from the prosecutors office.

Thanking you in advance

4th April 2005

Albert Raines
Albert Raines #0400578
200 Nashua Street
Boston, Ma. 02114

```
************ -COMM. JOURNAL- ******************* DATE MAR-30-2005 ***** TIME 16:09 ********

        MODE = MEMORY TRANSMISSION              START=MAR-30 16:01      END=MAR-30 16:09
            FILE NO.=414
    STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.
    NO.            ABBR NO.                                              PAGES      DURATION

    001    OK        ☎         96176194069
                                                                        048/048     00:07:38


                                                              -SUFFOLK COUNTY SHERIFFS  -
******************************** -                       - ***** -      617 989 6756- **********
```



# Suffolk County Sheriff's Department

Jail
200 Nashua Street
Boston, MA 02114
(617) 635-1100

House of Correction
20 Bradston Street
Boston, MA 02118
(617) 635-1000

ANDREA J. CABRAL
SHERIFF



DATE: 3/30/05
TO: Joseph Dikoff
FROM: Horace L. Blue

FAX: 617-619-4069

NASHUA STREET JAIL
FAX: 617-989-6756
PHONE: 617-635-1100 EXT. 3065

NUMBER OF PAGE(S) INCLUDING THIS PAGE: 52

MESSAGE:
Re: Albert Raines

THE MATERIAL ACCOMPANYING THIS FAX MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVELEGED. THE INFORMATION IS INTEDED ONLY FOR THE USE OF THE INTENDED RECIPIENT NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE OF THE CONTENTS OF THIS TELECOPIED INFORMATION, EXCEPT ITS DIRECT DELIVERY TO THE INTENDED RECIPIENT NAMED ABOVE, IS STRICTLY PROHIBITED.



