# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * *

ALBERT RAINES,
              Petitioner

v.

COMMONWEALTH OF MASSA-
CHUSETTS,
              Respondent.

CIVIL ACTION NO.:
05-10592-EFH

* * * * * * * * * * * * * * * * * * * * *

## O R D E R

### May 5, 2005

HARRINGTON, S.D.J.

    A Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, having been filed by the Petitioner Albert Raines, the Court orders the Criminal Bureau of the Attorney General's Office of the Commonwealth of Massachusetts to respond to said Petition on behalf of the respondent within sixty (60) days from the date of this Order.

    SO ORDERED.

                                         /s/ Edward F. Harrington
                                         EDWARD F. HARRINGTON
                                         United States Senior District Judge