UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALBERT RAINES,<br>    Petitioner, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 05-10592-EFH |
| COMMONWEALTH OF<br>MASSACHUSETTS,<br>    Respondent. | )<br>)<br>)<br>)<br>) |  |

## NOTICE OF APPEARANCE

Undersigned counsel enters his appearance on behalf of the Commonwealth of Massachusetts, respondent in the above-titled action.

                                                                 Respectfully submitted,

                                                                 THOMAS F. REILLY
                                                                 ATTORNEY GENERAL

                                                                 /s/ David M. Lieber
                                                                David M. Lieber (BBO# 653841)
                                                                Assistant Attorney General
                                                                Criminal Bureau
                                                                One Ashburton Place
                                                                Boston, Massachusetts  02108
                                                                (617) 727-2200 ext.2827

Dated:  July 5, 2005                                 ATTORNEYS FOR RESPONDENT