United States District Court House

Albert Raines, petitioner

vs.  C.A. #05-10592 EFH

Comm of Massachusetts

## Motion for Reconsideration And/or Notice of Appeal

Comes Now, Petitioner, pro-se in the above captioned matter and he Request Reconsideration. As grounds therefore, petitioner states that, the Court did not have time to consider petitioner TRAVERSE in answer to the Attorney General's Response to petitioner pleadings. Whereas petitioner pleadings were incomplete.

Wherefore Now that the Court has Received petitioner traverse, Petitioner Request Reconsideration.

In the Alternative, petitioner Request that this Honorable Court, treat this motion as a notice of appeal and certify petitioner Questions to the Court of Appeals for this Circuit.

In addition this petitioner Request that this honorable Court Send immediately to this petitioner the Rules Necessary to formulate an Submitt an Appeal to the Appeals Court.

July 30th 2005 date.

Albert Raines #0400578
200 Nashua Street
Boston, MA. 02114

United States District Court House

Albert Raines

  vs                                     C.A. 05-10592 EFH

Comm of Massachusetts

## Certificate of Service

I, Albert Raines, petitioner to swear by the pains and penalty of law that a true and correct copy of the motion for Reconsideration and/or Notice of Appeal has been mailed to the district attorney office office of Attorney General Thomas F. Reilly One Ashburton Place Boston, Ma. 02108 this date by Regular mail July 30th 2005 date

_Albert Raines_
Albert Raines # 0400378
200 Nashua Street
Boston, Ma. 02114