United States District Court
District of Massachusetts

Albert Raines, petitioner

v.

Commonwealth of
Massachusetts, Respondent

Civil Action No-05-10592EFH

FILED
CLERKS OFFICE
2005 AUG 31 A 11:38
U.S. DISTRICT COURT
DISTRICT OF MASS

Dated: August 29th
2005

Request for a Certificate of Appealability
And more Specifically Rule 22 Habeas Corpus;
Certificate of Probable Cause; See Slack v. McDaniel
529 U.S. 473, 120 S.Ct. 1595 (2000)

Petitioner, Request any and all Reasons the Certificate of
Appealability should not Issue.

Albert Raines
Albert Raines #0400578
200 Nashua Street
Boston, Ma. 02114