UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * *

ALBERT RAINES,
        Petitioner

v.                          CIVIL ACTION NO.:
                              05-10592-EFH

COMMONWEALTH OF MASSA-
CHUSETTS,
        Respondent.

* * * * * * * * * * * * * * * * * * * * *

# O R D E R

September 20, 2005

HARRINGTON, S.D.J.

The Court denies Petitioner Raines' Request for a Certificate of Appealability. <u>See</u> The District Court's Order granting the Motion to Dismiss the Petition dated July 14, 2005.

SO ORDERED.

                                  /s/ Edward F. Harrington
                                  EDWARD F. HARRINGTON
                                  United States Senior District Judge