# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ALBERT RAINES,
                Petitioner

            v.                  CIVIL ACTION NO.:
                                   05-10592-EFH

COMMONWEALTH OF MASSACHUSETTS,
                Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

November 17, 2005

HARRINGTON, S.D.J.

      In accordance with the Order of Court of the United States Court of Appeals for the First Circuit in this case, the Court grants Petitioner/Appellant Raines' request to proceed *in forma pauperis* in the United States Court of Appeals.

      SO ORDERED.

                                    /s/ Edward F. Harrington
                                    EDWARD F. HARRINGTON
                                    United States Senior District Judge