# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-2222
DC No. 05-10592

ALBERT RAINES,

Petitioner, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS,

Respondent, Appellee.

**ORDER OF COURT**
**Entered: November 15, 2005**

District court denied appellant's previous request for in forma pauperis as non-compliant. Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By_____ Date:_____

By the Court:
Richard Cushing Donovan, Clerk

By JULIE GREGG
Operations Manager

[Certified Copies to the Honorable Edward F. Harrington,
Sarah A. Thornton, Clerk USDC, of Massachusetts]

[cc: Albert Raines, David Mark Lieber, AAG]

United States Court of Appeals
For the First Circuit

No-05-2222
DC No 05cv10592 EFH

Albert Raines, Pro-se, Petitioner, Appellant

vs

Comm of Massachusetts, Respondent, Appellee

## Statement of Indigency

I, Albert Raines, do Swear by the pains and penaltys of law that I have Nothing of Value And that I Am without sufficient funds. I possess nor own, None of the following, Cars, Boats, Plans, checking Accounts or Banking Accounts. That I have No Secret accounts Available to me. I Am without funds.

Albert Raines #0400578
Albert Raines
200 Nashua Street
Boston, MA. 02114

2005 NOV 14 P 2: 1
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT



## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. _05-CV10592EFH_
Appeal No. _05-2222_

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _Albert Raines_ | Date: _November 2nd 2005_ |

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ N/A | $ N/A |
| Self-employment | $ 0 | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ N/A | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ N/A | $ N/A | $ N/A |
| Alimony | $ 0 | $ N/A | $ N/A | $ N/A |
| Child support | $ 0 | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ N/A | $ N/A |
| Other (specify): _____ | $ 0 | $ N/A | $ N/A | $ N/A |
| Total Monthly income: | $ 0 | $ N/A | $ N/A | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Not Employed in last 7 yrs | | N/A | N/A |
| Not Employed in last 7 yrs | | N/A | N/A |
| Not Employed in last 7 yrs | | N/A | N/A |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | Not Married | | |

2

4. How much cash do you and your spouse have? $49.00 PRISON ACCOUNT

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| -0- | N/A | $ N/A | $ N/A |
| -0- | N/A | $ N/A | $ N/A |
| -0- | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| NONE | | N/A | | Make & year: NONE | |
| N/A | | N/A | | Model: N/A | |
| N/A | | N/A | | Registration#: N/A | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: NONE | | N/A | | NONE | |
| Model: N/A | | N/A | | N/A | |
| Registration#: N/A | | N/A | | N/A | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | N/A | N/A |
| NONE | N/A | N/A |
| NONE | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | N/A | N/A |
| NONE | N/A | N/A |
| NONE | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): _____ | $ N/A | $ N/A |
| Department store (name): _____ | $ N/A | $ N/A |
| Other: _____ | $ N/A | $ N/A |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A |
| **Total monthly expenses:** | $ -0- | $ -0- |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☑ No        If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes ☑ No

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:
_____N/A_____
_____N/A_____
_____N/A_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☑ No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:
_____N/A_____
_____N/A_____
_____N/A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I have not been employed for over 7 years.

5

13. State the address of your legal residence.
_Homeless Shelter in Boston_

Your daytime phone number: (___) _____
Your age: _56_     Your years of schooling: _3½ yrs college_

6



# Suffolk County Sheriff's Department

**ANDREA J. CABRAL**
SHERIFF

Jail
200 Nashua Street
Boston, MA 02114
(617) 635-1100

House of Correction
20 Bradston Street
Boston, MA 02118
(617) 635-1000

November 4, 2005

To Whom It May Concern:

As Keeper of Records for the Suffolk County Sheriff's Department / Nashua St Jail, I Deputy J. Reid hereby certify that Mr. Albert Raines D.O.B. 05.04.1949 has a total of sixty five dollars and sixty one cents [$ 65.61] in his account as of November 4, 2005.

This record is kept in the normal course of business.

Signed under the pains and penalties of perjury

Deputy J. Reid
Keeper Of Records
Suffolk County Sheriff Dept
Nashua St Jail
617-635-1100 Ext. 3006